[No. 31444-4-II.   Division Two.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LOPEZ-CRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02568-6, Katherine M. Stolz, J., entered February 25, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.

[Nos. 31541-6-II; 31542-4-II.   Division Two.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD P. JOHNSON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. TRACY L. JOHNSON, *Appellant.*

Appeals from judgments of the Superior Court for Mason County, Nos. 03-1-00069-8 and 03-1-00070-1, James B. Sawyer II, J., entered March 22, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 31652-8-II.   Division Two.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN MANALILI BRIONES, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01680-1, M. Karlynn Haberly, J., entered April 9, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Bridgewater, JJ.